**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **Criminal No. 04-95 (SRC)** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| CHARLES D. CONWAY, | : | |
| | : | |
| Defendant . | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

      Defendant Charles Conway ("Defendant") has, by letter dated July 30, 2009, asked this Court to provide an extension of time, until August 20, 2009, to submit a reply in further support of his motions to toll the statute of limitations for filing a petition for habeas corpus pursuant to 28 U.S.C. § 2255 [docket entry 39] and to compel the Bureau of Prisons to provide him library access [docket entry 40].  The Court has considered Defendant's request and will grant the requested extension.  Accordingly,

      **IT IS** on this 10th day of August, 2009,

      **ORDERED** that Defendant's request for an extension of time to submit a reply in connection with the motions docketed as entries nos. 39 and 40 be and hereby is **GRANTED**; and it is further

      **ORDERED** that Defendant shall submit his reply papers on or before **August 20, 2009**; and it is further

**ORDERED** that no further extensions will be granted.

  s/Stanley R. Chesler  
STANLEY R. CHESLER  
United States District Judge